*Terence D. Mariani,* in support of the petition.

Decided May 31, 2011

## DIAMOND 67, LLC *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF VERNON

The intervenor Glenn Montigny's petition for certification for appeal from the Appellate Court, 127 Conn. App. 634 (AC 31913), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Derek V. Oatis,* in support of the petition.

*Robert A. Fuller,* in opposition.

Decided May 31, 2011

## GODFREY BURTON ET AL. *v.* CITY OF STAMFORD

The plaintiffs' petition for certification for appeal from the Appellate Court, 127 Conn. App. 651 (AC 32144), is denied.

*William F. Gallagher* and *Hugh D. Hughes,* in support of the petition.

*Kenneth B. Povodator,* assistant corporation counsel, in opposition.

Decided May 31, 2011